**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1171**

CHRISTOPHER F. GOAD, SR.,

        Plaintiff - Appellant,

    v.

WILLIAM R. GRAY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:10-cv-00326-REP)

Submitted: July 28, 2011        Decided: August 1, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Fred Goad, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher F. Goad, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action for lack of diversity jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Goad v. Gray, No. 3:10-cv-00326-REP (E.D. Va. Nov. 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED